**TABER, County Treas., v. STANOLIND CRUDE OIL PURCHASING CO.**

No. 26187. April 28, 1936.

Guy L. Horton, County Attorney of Payne County, and Leon J. York, Asst. County Attorney, for plaintiff in error.

Clay Tallman, Guy H. Woodward, and O. C. Cash, for defendant in error.

OSBORN, V. C. J. It appears that the issues of law and fact in this case are identical with the issues involved in Taber v. Carter Oil Co., 176 Okla. 638, 57 P. (2d) 248, this day decided by this court.

Accordingly, the judgment of the trial court is affirmed.

RILEY, BAYLESS, BUSBY, WELCH, PHELPS, CORN, and GIBSON, JJ, concur. McNEILL, C. J., absent.